CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:19-mj-01210-JFM-1

Case title: USA v. Russell
Other court case number: 1:19-mj-103 Western District of Michigan

Date Filed: 03/29/2019
Date Terminated: 04/03/2019

Assigned to: Magistrate Judge James F Metcalf

### Defendant (1)

**James Verne Russell**
*TERMINATED: 04/03/2019*

represented by **Nora E Nunez**
Federal Public Defenders Office - Yuma
2285 S 4th Ave., Ste. 2E
Yuma, AZ 85364
928-314-1780
Email: Nora_Nunez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2251.F | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Joshua Stanley Rowen Kolsrud**<br>US Attorneys Office - Yuma, AZ<br>7102 E 30th St., Ste. 101<br>Yuma, AZ 85365<br>928-314-6401<br>Email: Joshua.Kolsrud@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2019 | 1 | Arrest (Rule 40) of James Verne Russell. (JMA) (Entered: 03/29/2019) |
| 03/29/2019 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge James F Metcalf: Initial Appearance in Rule 5(c)(3) Proceedings as to James Verne Russell held on 3/29/2019. FINANCIAL AFFIDAVIT IS TAKEN. Appearance entered by Nora E Nunez on behalf of defendant. Defendant waives his right to have an Identity Hearing and further requests that a detention hearing be set in this District. Defendant is ordered temporarily detained.<br><br>**Appearances**: AUSA Joshua Kolsrud for the Government, AFPD Nora Nunez for defendant. Defendant is present and in custody. Detention Hearing set for 4/3/2019 at 03:00 PM before Magistrate Judge James F Metcalf. (Recorded by COURTSMART.) Hearing held 1:43 pm to 1:50 pm. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (JMA) (Entered: 03/29/2019) |
| 03/29/2019 | 3 | SEALED CJA 23 Financial Affidavit by James Verne Russell. (JMA) (Entered: 03/29/2019) |
| 03/29/2019 | 4 | Amended by doc. 7. WAIVER of Rule 5(c)(3) Hearing by James Verne Russell. (JMA) Modified on 4/5/2019 (AJG). (Entered: 03/29/2019) |
| 04/03/2019 | 6 | MINUTE ENTRY for proceedings held before Magistrate Judge James F Metcalf: Case is called for Detention Hearing as to James Verne Russell on 4/3/2019. Discussion held regarding case being sealed in the district of offense and not sealed in this district. Case remains unsealed at Government counsel motion. Defendant waives identity hearing and reserves his right for detention and preliminary hearings be held in the district of offense. Detention Hearing vacated. The Court orders that the U. S. Marshal Service transport defendant forthwith to the Western District of Michigan. Order to issue. Defendant to remain in temporary custody.<br><br>**Appearances**: AUSA Louis Uhl (duty) for the Government, AFPD Nora Nunez for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 2:59 PM to 3:06 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (AJG) (Entered: 04/05/2019) |
| 04/03/2019 | 7 | AMENDED WAIVER of Rule 5(c)(3) Hearing by James Verne Russell. (AJG) |

|            |   | Modified on 4/5/2019 (AJG). (Entered: 04/05/2019) |
|------------|---|---|
| 04/03/2019 | 8 | COMMITMENT TO ANOTHER DISTRICT as to James Verne Russell.. Signed by Magistrate Judge James F Metcalf on 4/3/19.(AJG) (Entered: 04/05/2019) |
| 04/05/2019 | 9 | Notice to Western District of Michigan of a Rule 5 or Rule 32 Initial Appearance as to James Verne Russell. Your case number is: 1:19-mj-103. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (AJG) (Entered: 04/05/2019) |